**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-7764**

---

In Re: MICHAEL SCOTT MCRAE,

Petitioner.

---

On Petition for Writ of Mandamus.  (CA-00-465)

---

Submitted:  April 30, 2001          Decided:  May 23, 2001

---

Before WIDENER and WILKINS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Petition denied by unpublished per curiam opinion.

---

Michael Scott McRae, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Michael Scott McRae has petitioned this Court for a writ of mandamus to compel the district court to act in his 28 U.S.C.A. § 2255 (West Supp. 2000) motion. Because the district court has issued a final order denying McRae's § 2255 motion, his petition for mandamus relief is moot. Accordingly, we deny it as such.[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

---

[*] We grant, however, McRae's motion to proceed without prepayment of fees.

2